**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---x

**RUSSO**

**Plaintiff,** : **1:26-cv-6606 (ALC)**

**-against-** : **ORDER**

**M&S Skin Care, LLC**

**Defendants.**

---x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's answer is over due. Defendant is ORDERED to respond by October 2, 2026 or else risks default judgment being entered.

**SO ORDERED.**

**Dated:** September 28, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**